James R. DeVita (JD5659)
SCHOEMAN, UPDIKE & KAUFMAN, LLP
60 East 42nd Street
New York, New York 10165
(212) 661-5030
*Co-counsel for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ROBERTO J. ARROYO,
individually and on behalf of all others
similarly situated,

                       Plaintiffs,

          -against-

ACCENTURE, LLP; ACCENTURE INC.; ACCENTURE
LLC; ACCENTURE LTD.

                     Defendants.
-----------------------------------------------------------------------X

Case No. 10cv3013 (JSR)
ECF CASE

**NOTICE OF**
**WITHDRAWAL**

     PLEASE TAKE NOTICE that James R. DeVita and Schoeman, Updike & Kaufman, LLP hereby withdraw as co-counsel for Defendants ACCENTURE, LLP; ACCENTURE INC.; ACCENTURE LLC; ACCENTURE LTD. in the above-captioned case.

Dated: New York, New York
       September 30, 2010

                      SCHOEMAN, UPDIKE & KAUFMAN, LLP

                      By:_____
                      James R. DeVita (JD5659)
                      60 East 42nd Street
                      New York, New York 10165
                      (212) 661-5030 (telephone)
                      (212) 687-2123 (facsimile)
                      *Co-counsel for Defendants*