UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Roberto Arroyo, individually and on
behalf of all others similarly situated,    Plaintiff,

10   C   3013   ( JSR )

-against-

ACCENTURE LLP; ACCENTURE INC.;
ACCENTURE LLC; ACCENTURE LTD.,    Defendant.
----------------------------------------------------------X

NOTICE OF CHANGE OF ADDRESS

[x] I have cases pending      [ ] I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:_____

[x] Attorney

  [x] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: SM2511 ; My State Bar Number is: 4622791

  [ ] I am a Pro Hac Vice attorney

  [ ] I am a Government Agency attorney

[ ] Law Firm/Government Agency Association

  From:  CENTER FOR CONSTITUTIONAL RIGHTS
         666 Broadway, 7th Floor
         New York, NY 10012

  To:    Outten & Golden LLP
         3 Park Avenue, 29th Floor
         New York, NY 10016

  [x] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[x] Address:     Outten & Golden LLP
                 3 Park Avenue, 29th Floor
                 New York, NY 10016

[x] Telephone No.:   (212) 245-1000

[x] Fax No.:    (212) 977-4005

[x] E-Mail Address:   smiller@outtengolden.com

Dated:   12/20/2010

ATTORNEY'S SIGNATURE