PETER A. WALKER
LORI MEYERS
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
Tel. (212) 218-5500

Attorneys for Defendants Accenture LLP,
Accenture Inc., and Accenture LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ROBERT ARROYO,                        :   Case No.: 10 Civ. 03013 (JSR)(JCF)
                                      :
        Plaintiff,            :
                                      :
   vs.                                :   **NOTICE OF APPEARANCE**
                                      :
ACCENTURE LLP, ACCENTURE INC.,        :
ACCENTURE LLC, and ACCENTURE LTD.,    :
                                      :
        Defendants            :
------------------------------------- x

    **PLEASE TAKE NOTICE** that Allison E. Ianni of the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018, hereby enters her appearance as counsel for Defendants Accenture LLP, Accenture Inc., and Accenture LLC, in the above-captioned matter.

Dated:  New York, New York
        February 3, 2011

                              Respectfully submitted,

                              SEYFARTH SHAW LLP

                              By:  s/ Allison E. Ianni
                               Allison E. Ianni
                              620 Eighth Avenue
                              New York, New York 10018
                              Tel. (212) 218-5500

                              Attorneys for Defendants Accenture LLP,
                              Accenture Inc., and Accenture LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2011, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent which sent notification of such filing to all counsel of record.

And, I hereby certify that on February 3, 2011, I deposited a true copy of same enclosed in a post-paid envelope by U.S. first-class regular mail in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

>  **Ray McClain**
>  Lawyers' Committee for Civil Rights Under Law
>  1401 New York Ave., N.W.
>  Washington , DC 20005
>  Tel. (202) 662-8600
>
>  *Attorneys for Plaintiffs*

s/ Allison E. Ianni
Allison E. Ianni
