

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROBERT ARROYO,                                : Case No.: 10 Civ. 03013 (JSR)(JCF)
                                              :
          Plaintiff,                          :
                                              :
vs.                                           : STIPULATION AND
                                              : ORDER OF DISMISSAL
ACCENTURE LLP, ACCENTURE INC.,                : **WITH PREJUDICE**
ACCENTURE LLC, and ACCENTURE LTD.,            :
                                              :
          Defendants                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action and all of the claims and the counterclaims that have been asserted in this action are hereby dismissed with prejudice and without costs to either party.

Respectfully submitted,

OUTTEN & GOLDEN LLP                          SEYFARTH SHAW LLP

By _____               By _____
Samuel R. Miller                                Peter A. Walker
Ossai Miazad                                    Lori M. Meyers
Melissa Pierre-Louis                            Allison E. Ianni
3 Park Avenue, 29th Floor                       620 Eighth Avenue, 32nd Floor
New York, New York 10016                        New York, New York 10018

*Attorneys for Plaintiff*                     *Attorneys for Defendants*

Approved:

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
By _____
Ray P. McClain
1401 New York Avenue, NW, Suite 400
Washington, D.C. 20005

Dated: April 20, 2011                         Dated: April 21, 2011

12806354v.1

SO ORDERED:

_____
The Honorable Jed S. Rakoff
United States District Judge

Dated: New York, New York
       April 21, 2011

12802239v 6